# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **CANDICE L. GULLEY, et al.,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CASE NO.: 2:23-cv-00090** |
| | ) |
| **WOODFORK, et al.** | ) |
| | ) |
|     **Defendants.** | ) |

## NOTICE OF FILING OF EXHIBITS OF DEFENDANT MOLO SOLUTIONS, LLC F/K/A DJM LOGISTICS, LLC D/B/A MOLO SOLUTIONS

**COMES NOW** Defendant Molo Solutions, LLC f/k/a DJM Logistics, LLC d/b/a MoLo Solutions ("MoLo") and re-files Exhibit A to its Notice of Removal (Doc. 1).

Respectfully submitted this the 13th day of February, 2023.

/s/ Joel H. Pearson
**JOEL H. PEARSON ASB-8033-N71J**
*Attorney for Defendant*

**OF COUNSEL:**
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
445 Dexter Avenue, Suite 9045
Montgomery, Alabama 36102-2148
Telephone:   334-387-7680
Facsimile:    334-387-3222
E-mail: jpearson@ball-ball.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing document upon the following parties and/or attorneys through the Court's electronic filing system and/or by U.S. First Class Mail on this the 13th day of February, 2023:

Jere L. Beasley
J. Greg Allen
J. Cole Portis
Benjamin E. Baker, Jr.
Stephanie Monplaisir
Beasley, Allen, Crow, Methvin,
    Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36104
jere.beasley@beasleyallen.com
greg.allen@beasleyallen.com
cole.portis@beasleyallen.comn
ben.baker@beasleyallen.com
stephanie.monplaisir@beasleyallen.com

Calvin Poole, III
Poole & Poole
Post Office Box 308
Greenville, AL 36037
calvin@poolelaw.com


William E. Pipkin, Jr.
Austill, Lewis, Pipkin & Maddox, P.C.
Post Office Box 2885
Mobile, Alabama 36652-2885
bpipkin@maplaw.com

Richard W. Lewis
Joseph E.B. Stewart
Brandi B. Frederick
Austill Lewis Pipkin & Maddox, P.C.
600 Century Park South, Suite 100
Birmingham, Alabama 35226
r-lewis@maplaw.com
jstewart@maplaw.com
bfrederick@maplaw.com

Timothy B. Simmons
506 E. Commerce Street
Greenville, AL 36037
tbsimmonslaw@gmail.com

Jannea S. Rogers
Blake T. Richardson
Adams and Reese LLP
P.O. Box 1348
Mobile, Alabama 36633
jannea.rogers@arlaw.com
blake.richardson@arlaw.com

Scott Burnett Smith
Hunter W. Pearce
Bradley Arant Boult Cummings LLP
200 Clinton Avenue W, Suite 900
Huntsville, AL 35801
ssmith@bradley.com
hpearce@bradley.com

Charles A. Stewart III
Bradley Arant Boult Cummings LLP
445 Dexter Avenue, Ste. 9075
Montgomery, AL 36104
cstewart@bradley.com

Riley A. McDaniel
Bradley Arant Boult Cummings LLP
1819 5th Ave. N., #200
Birmingham, AL 35206
rmcdaniel@bradley.com

John C. Morrow
Burr & Forman, LLP
420 20th St. N., Ste. 3400
Birmingham, AL 35203
jmorrow@burr.com

Thomas L. Oliver, II
Carr Allison
100 Vestavia Parkway
Birmingham, AL 35216
toliver@carrallison.com

/s/ Joel H. Pearson
OF COUNSEL